**Stephen BURNS, et al., Appellants,**

v.

**HERITAGE PATIO HOMES ASSOCIATION, et al., Respondents.**

**No. 60458.**

Missouri Court of Appeals, Eastern District, Division Two.

April 28, 1992.

Thompson & Mitchell, Keith W. Hazelwood, Lorna L. Frahm, St. Charles, for appellants.

Allen D. Kircher, Rollings, Gerhardt, Borchers, Stuhler, Charmichael & Kircher, St. Charles, for respondents.

ORDER

PER CURIAM.

Burns, et al., appeal from the trial court's denial of their request for a declaratory judgment and grant of relief to Heritage Patio Homes Association, et al., based on respondents' counterclaim. We affirm. In addition, we deny, without prejudice, respondents' motion for attorney fees incurred in pursuing this appeal.

An extended opinion would have no precedential value. However, the parties have been furnished with a memorandum, for their information only, putting forth the reasons for our order affirming the judgment in accordance with Rule 84.16(b)(1).

■

**In re Aaron Michael GEORGE, a/k/a Aaron Michael Sandrell, a minor.**

**No. 60028.**

Missouri Court of Appeals, Eastern District, Division One.

April 28, 1992.

Karie E. Casey, Charles P. Todt and Associates, St. Louis, for appellant.

Gregory K. Laughlin, Hillsboro, for respondent.

ORDER

PER CURIAM.

Father appeals from orders appointing a guardian and conservator for his minor child. We affirm. The findings and conclusions of the trial court are supported by substantial evidence and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).